*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided September 9, 2009

## IN RE JUSTIN F. ET AL.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 30932) is denied.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided September 9, 2009

## ANDRE M. PIERCE *v.* THERESA C. LANTZ, COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 113 Conn. App. 98 (AC 29411), is denied.

VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Andre M. Pierce*, pro se, in support of the petition.

Decided September 17, 2009